Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.

JUAN CASTRO-CASTRO,
              Defendant

Case No. 3:13-cr-00144
JUDGE TRAUGER

MOTION TO CONTINUE TRIAL

This case is set for trial on November 19, 2013. The defense respectfully requests that the court continue the trial of this case for a reasonable time to enable counsel for the defendant to complete review and analysis of discovery in this case. After discussions with the government and review of discovery materials up to this time, it appears likely that a pretrial resolution of this case will be achieved. The government has stated that it has no objections to this motion.

            Respectfully submitted,

            /s/ Joseph F. Edwards

            Joseph F. Edwards
            Attorney & Counselor at Law
            1957 Benson Road
            Cookeville, TN  38506
            931-537-9154
            jedwardsjd@frontiernet.net
            Date:  11/4 /2013

**Certificate of Service:**  I certify that a copy of this waiver will be served upon counsel of record upon the filing of this document on 11/4 /2013 by the Electronic Case Management System of this court.

            /s/ Joseph F. Edwards