IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:13-00144 |
| | ) | Judge Trauger |
| JUAN CASTRO-CASTRO | ) | |

**O R D E R**

It is hereby **ORDERED** that a change of plea hearing is scheduled in this case for Monday, December 9, 2013, at 3:30 p.m.

It is so **ORDERED**.

ENTER this 4th day of December 2013.

_____
ALETA A. TRAUGER
U.S. District Judge