## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:13-00144 |
| ) | Judge Trauger |
| ) | |
| JUAN CASTRO-CASTRO ) | |

### O R D E R

It is hereby **ORDERED** that the plea scheduled for December 9, 2013 at 3:30 p.m. is **RESET** for the same day at 4:00 p.m.

It is so **ORDERED**.

ENTER this 5th day of December 2013.

_____
ALETA A. TRAUGER
U.S. District Judge